(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Sherine Abdelfattahfathy
_____

_____

(Name of Plaintiff or Plaintiffs)

v.

St. Michael's School & Nursery, Inc.
_____

_____

(Name of Defendant or Defendants)

Civ. Action No. 18 - 1955
(To be assigned by Clerk's Office)

**COMPLAINT FOR
EMPLOYMENT DISCRIMINATION**
(Pro se)

Jury Demand?
☑Yes
☐No

1.    This action is brought pursuant to (check all spaces that apply):

☑    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq*., for employment discrimination on the basis of race, color, religion, sex, or national origin.

☐    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq*., for employment discrimination on the basis of age. My year of birth is:_____.

☐    Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq*., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

☐    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq*., for employment discrimination on the basis of disability.

2.    Plaintiff resides at  1803 Gilpin Avenue _____
                                          (Street Address)

Wilmington                New Castle              DE             19806
(City)                          (County)               (State)       (Zip Code)
302-528-0724_____. **Attach additional sheets if more than one Plaintiff.**
(Area Code)  (Phone Number)

3.    Defendant resides at, or its business is located at  700 N. Walnut Street
                                                                          (Street Address)
Wilmington                New Castle              DE             19801                   .(
(City)                          (County)               (State)       (Zip Code)

**Attach additional sheets if more than one Defendant.**

1

4.      The discriminatory conduct occurred in connection with plaintiff's employment at, or application

to be employed at, defendant's  St. Michael's School & Nursery, Inc. _____ place of business

_____(Defendant's Name)

located at  700 N. Walnut Street _____

_____(Street Address)

| Wilmington | New Castle | DE | 19801 | .( |
| (City) | (County) | (State) | (Zip Code) | |

5.      The alleged discriminatory acts occurred on _____, _____, 2016_____.

_____(Day)_____(Month)_____(Year)

6.      The alleged discriminatory practice   ☐ is   ☑ is not   continuing.

7.      On _____, _____, 2018 _____, Plaintiff filed charges

_____(Day)_____( Month)_____(Year)

with the Department of Labor of the State of Delaware: DOL _____,

_____(Agency)

_____

_____(Street Address)_____(City)_____(County)

_____, regarding defendant's alleged discriminatory conduct.

(State)_____(Zip Code)

8.      On _____, MARCH _____, 2018 _____, Plaintiff filed charges

_____(Day)_____( Month)_____(Year)

with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged

discriminatory conduct.

9.      The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue

letter which was received by plaintiff on:   13 _____, September _____, 2018 _____.

_____(Day)_____(Month)_____(Year)

**(NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10.     The alleged discriminatory acts, in this suit, concern:

A.  ☐  Failure to employ plaintiff.
B.  ☑  Termination of plaintiff's employment.  Plaintiff was terminated from employment on
       the following date:  November 13, 2017 _____.
C.  ☐  Failure to promote plaintiff.  Plaintiff was refused a promotion on the following date:
       _____.
D.  ☐  Other acts (please specify): retaliation and violating FMLA _____

       _____

       _____

       _____

       _____

11.     The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

2

A.  ☐  Plaintiff's race
B.  ☐  Plaintiff's color
C.  ☐  Plaintiff's sex
D.  ☑  Plaintiff's religion
E.  ☑  Plaintiff's national origin
F.  ☐  Plaintiff's age
G.  ☐  Plaintiff's disability

12.   A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE:  ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

**THEREFORE,** Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

A.  ☐  Injunctive relief (specify what you want the Court to order): _____
        _____.
B.  ☑  Back pay.
C.  ☑  Reinstatement to former position.
D.  ☑  Monetary damages in the amount of _____.
E.  ☐  That the Court appoint legal counsel.
F.  ☑  Such relief as may be appropriate, including costs and attorney's fees.
G.  ☐  Other (specify): _____.

**I/We declare under penalty of perjury that the foregoing is true and correct.**

Dated:  _12 · 11 · 18_____

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

🔒 Equal Employment Opportunity Commission

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE    ☐ COLOR    ☐ SEX    ☒ RELIGION    ☒ NATIONAL ORIGIN

☐ RETALIATION    ☐ AGE    ☒ DISABILITY    ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-13-2016**    Latest **11-13-2017**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Respondent hired me in or around October 2013. I worked as the CACFP director. I was the only Muslim Egyptian on the admin team. I was demoted to Librarian on September 18, 2017 and discharged on November 13, 2017. I had issues with the way that my children were treated at Respondent and made complaints to Respondent. In or around 2016, I began noticing harassment and disparate treatment of Muslim Egyptian employees, myself included. This harassment continued until the end of my employment. The harassment was often in the form of offensive jokes and questions and we were no longer permitted to take Muslim holidays off. Executive employees Johanna Seda and Lucinda Ross engaged in this harassment and disparate treatment. Respondent did not have a process for reporting this behavior. I suffered two workplace injuries in June and July of 2017 that caused and exacerbated disabilities. When I returned from leave for said disabilities, I was demoted to librarian. I again went on leave and was told to return without restrictions. When I was cleared to return to, I was denied accommodations. Respondent subsequently discharged me because my FMLA ran out. I believe that Respondent subjected me to a hostile work environment in violation of Title VII of the Civil Rights Act of 1964, as amended, in that I was harassed and treated differently because of my national origin and religion. Additionally, I believe that Respondent violated the Americans with Disabilities Act of 1990, as amended, in that I was denied accommodations, demoted in retaliation for requesting accommodations, and discharged due to my disabilities.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY - *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

--
**sherine Abdelfattahfathy**

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

From   Philadelphia District Office
801 Market Street
Suite 1300
Philadelphia, PA 19107

Sherine Abdelfattahfathy
1492 Gilpin Ave
Wilmington, DE 19806

☐   On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(b))

| EEOC Representative | Telephone No. |
| --- | --- |
| Legal Unit, Legal Technician | (215) 440-2828 |

EEOC Charge No.   530-2018-00760

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

*Jamie R. Williamson*

Jamie R. Williamson,
District Director

9/5/18

Enclosures(s)

cc   **ST. MICHAEL'S SCHOOL AND NURSERY**
Becky Ramseyer Melchiorre, Esq.
(for Respondent)